1078

THE STATE OF WASHINGTON, *Respondent*, v. CHAD ALLEN LESTER TIBBITS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00199-1, Amber L. Finlay, J., entered September 29, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Spearman and Mann, JJ.